UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REY OLSEN,<br><br>       Plaintiff,<br><br>-against-<br><br>THE SHERRY NETHERLAND, INC., et al.,<br><br>       Defendants. | 20-CV-0103 (PGG)<br><br>ORDER OF SERVICE |

PAUL G. GARDEPHE, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants the Sherry Netherlander, Inc., Howard M. Lorber, Michael J. Horvitz, Wendy Carduner, Mary McInnis Boies, Ira A. Lipman, Dr. Marjorie Fisher Furman, Frederic M. Seegal, Arnold S. Gumowitz, Edward L. Gardner, Curtis C. Mechling, and Gabriel Sasson. Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: New York, New York
    January 31, 2020

                        _____
                           PAUL G. GARDEPHE
                          United States District Judge