USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROY OLSEN,

                  **Plaintiff,**              20-CV-00103 (PGG)(SN)

       -against-                       **ORDER**

THE SHERRY NETHERLAND, INC., et al.,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On May 6, 2021, Defendants Mary McInnis Boies, Wendy Carduner, Marjorie Fisher Furman, Arnold S. Gumowitz, Michael J. Horvitz, Howard M. Lorber, Frederick M. Segal, and The Sherry Netherland, Inc. filed a motion to dismiss *pro se* Plaintiff's complaint. ECF No. 31. That same day, Defendants Gabriel Sasson and Curtis C. Mechling filed a separate motion to dismiss Plaintiff's complaint. ECF No. 33.

Accordingly, Plaintiff shall file one consolidated brief in opposition to Defendants' motions to dismiss no later than June 7, 2021, which shall be no more than 30 pages. Defendants' reply briefs, if any, shall be filed no later than June 21, 2021. Discovery will be STAYED until the Court has resolved the pending motions.

The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     May 11, 2021
                 New York, New York