UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROY OLSEN,

                           Plaintiff,                    20-CV-00103 (PGG)(SN)

          -against-                        **ORDER**

THE SHERRY NETHERLAND, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's May 11, 2021 Order, Plaintiff was directed to file his consolidated brief in opposition to Plaintiffs' motions to dismiss. See ECF No. 38. As of today, Plaintiff has not filed his brief on the docket. In light of Plaintiff's *pro se* status, the Court extends Plaintiff's time to oppose Defendants' motions to dismiss by two weeks. Accordingly, Plaintiff shall file his brief in opposition no later than June 28, 2021. Defendants' reply briefs, if any, shall be filed no later than July 12, 2021.

      The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      June 14, 2021
                  New York, New York