USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROY OLSEN,

                Plaintiff,

     -against-

THE SHERRY NETHERLAND, INC., et al.,

                Defendants.

------------------------------------------------------------X

20-CV-00103 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the *pro se* Plaintiff's assertion that he was not served with a copy of the Defendants' briefs in support of their motions to dismiss, Defendants shall file proof of service of those reply briefs no later than July 23, 2021.

The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 22, 2021
                New York, New York