USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROY OLSEN,

                    Plaintiff,                20-CV-00103 (PGG)(SN)

     -against-                               **ORDER**

THE SHERRY NETHERLAND, INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the parties' continued briefing despite this Court's July 28, 2021 Order, a conference in this matter is scheduled for Tuesday, August 24, 2021, at 12:00 p.m. At that time, the parties shall the Court's dedicated teleconferencing line at (877) 402-9757, and enter access code 7938632, followed by the pound (#) key. No further submissions will be considered.

       The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      August 13, 2021
                New York, New York