UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROY OLSEN,

                           Plaintiff,                    20-CV-00103 (PGG) (SN)

           -against-                                    **ORDER**

THE SHERRY NETHERLAND, INC., et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties appeared before me today for a conference regarding Plaintiff's motion for reconsideration. See ECF No. 65. As noted by Plaintiff's reply, ECF No. 69, and as stated by Plaintiff on the record, Plaintiff's August 10, 2021 motion should be construed as a Rule 72 objection to this Court's July 28, 2021 Order. See ECF No. 63. The Court will address the underlying merits of Defendants' motions to dismiss in due course.

        Although Plaintiff indicated that he intended to file his reply by August 26, 2021, the Court reviewed the docket following the conference and notes that Plaintiff *already* filed his reply on August 13, 2021. See ECF No. 69. Accordingly, this matter is fully briefed, and Plaintiff shall file no further replies.

        The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:       August 25, 2021
                  New York, New York

CC:            Rey Olsen, via email at wsgny@aol.com