## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

REY OLSEN, as assignee of Roque De La Fuente,

           Plaintiff,                      20 **CIVIL** 103 (PGG)(SN)

    -against-                          **JUDGMENT**

THE SHERRY NETHERLAND, INC.; HOWARD M. LORBER; MICHAEL J. HORVITZ, WENDY CARDUNER, MARY MCINNIS BOIES, IRA A. LIPMAN, MARGORIE FISHER FURMAN, FREDERIC M. SEEGAL, ARNOLD S. GUMOWITZ, and EDWARD L. GARDNER, individually and as Directors of the corporate Defendant; THE SHAREHOLDERS/PROPRIETARY LESSEES AND RESIDENTS OF THE BUILDING OWNED BY THE CORPORATE DEFENDANT; CURTIS C. MECHLING; and GABRIEL SASSON,

           Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 30, 2022, the R&R is adopted in its entirety, and the Complaint is dismissed with prejudice. Olsen's objections to Judge Netburn's July 28, 2021 Order are overruled. Olsen's motion to disqualify Stroock from representing the Law Firm Defendants is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                           **BY:**      *K. Mango*

                                                     **Deputy Clerk**